

M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ANDRE AVONCE ALLEN, <br><br> Defendant. | Case No. A05-0096 CR (RRB) <br><br> **UNOPPOSED MOTION ON SHORTENED TIME TO TEMPORARILY MODIFY CONDITIONS OF RELEASE** |

Defendant, ANDRE AVONCE ALLEN, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time to temporarily modify Mr. Allen's conditions of release.

On November 22, 2005, Mr. Allen appeared before this court. The court ordered that Mr. Allen be released to the third-party custody of his mother, Sharon Allen. Ms. Allen currently is scheduled for out-patient surgery on Tuesday, December 6, 2005, at 5:00 p.m., and will unavailable to fulfill her third-party responsibilities for approximately 24 hours. Therefore, Mr. Allen requests that the court modify his conditions of release to allow that he report to the Cordova Center Halfway House by 1:00 p.m. on December 6,

2005, and remain at the Cordova Center until release to the custody of Sharon Allen at 1:00 p.m., December 7, 2005, at which time he be released under the same conditions that the court originally imposed in its order of November 22, 2005. Chris Liedike of U.S. Probation is unopposed to this request. Assistant U.S. Attorney David Nesbett is unopposed to this request.

DATED this 5th day of December, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

M. J. Haden
Staff Attorney

Certification:

I certify that on December 5, 2005, I hand delivered a copy of this document to:

David A. Nesbett, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

Chris Liedike
U.S. Probation/Pretrial Services Office
222 West Seventh Avenue #48, Room 168
Anchorage, AK 99513-7562

Lenora L. Roehling