FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -5 PM 4: 23

M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>ANDRE AVONCE ALLEN,<br><br>   Defendant. | Case No. A05-0096 CR (RRB)<br><br>**MOTION NOTICE OF ERRATA FILED ON SHORTENED TIME** |

Defendant, ANDRE AVONCE ALLEN, by and through counsel M. J. Haden, Staff Attorney, and notifies the court that the time stated in Mr. Allen's Unopposed Motion on Shortened Time to Temporarily Modified His Conditions of Release were incorrect. The motion should have stated that Mr. Allen was to report to the Cordova Center at 9:00 a.m. on December 6, 2005, and be released at 9:00 a.m. on December 7, 2006. A copy of the corrected order is attached. Undersigned counsel apologizes for any inconvenience.

///

///

///

DATED this 5th day of December, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

_____
M. J. Haden
Staff Attorney

Certification:

I certify that on December 5, 2005, I hand delivered a copy of this document to:

David A. Nesbett
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

Chris Liedike
U.S. Probation/Pretrial Services Office
222 West Seventh Avenue #48, Room 168
Anchorage, AK  99513-7562

_____
Lenora L. Roehling