FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -5 PM 4: 22

M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ANDRE AVONCE ALLEN,<br><br>        Defendant. | Case No. A05-0096 CR (RRB)<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO EXTEND PRETRIAL MOTIONS DATE** |

Defendant, ANDRE AVONCE ALLEN, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time to extend the deadline for pretrial motions for one week.  Pretrial motions currently are due on Monday, December 5, 2005. Mr. Allen requests that the deadline be extended until Monday, December 12, 2005.

Mr. Allen was arraigned on November 17, 2005, at 3:30 p.m.  The court ordered that discovery be provided to Mr. Allen on November 23, 2005, the Wednesday before the Thanksgiving Holiday.  The government complied with the court's order and Mr. Allen received the discovery at close of business on Wednesday, November 23, 2005. Mr. Allen's trial date is set for January 17, 2005.

15

Following the receipt of the discovery, undersigned counsel had to travel to Fairbanks on Tuesday, November 29, 2005, to prepare for a trial in United States v. Valley, F05-0030 CR (TWH), that started on November 30, 2005. Counsel did not return to Anchorage until late afternoon on December 2, 2005. Therefore, counsel has not had the opportunity to review the discovery with Mr. Allen, nor has counsel had the opportunity to investigate the circumstances of Mr. Allen's arrest.

Thus, in order to provide Mr. Allen with effective assistance of counsel and provide him the opportunity to challenge any violations of his Fourth and Fifth Amendment rights, additional time is required. Mr. Allen respectfully requests that the pretrial motions deadline be extended by one week. This motion is nonopposed by Assistant U.S. Attorney David A. Nesbett.

DATED this 5th day of December, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

M. J. Haden
Staff Attorney

Certification:

I certify that on December 5, 2005, I hand
delivered a copy of this document to:

David A. Nesbett, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

Lenora L. Roehling

2