UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ANDRE AVONCE ALLEN,

Defendant.

Case No. A05-0096 CR (RRB)

~~CORRECTED~~ ORDER MODIFYING CONDITIONS OF RELEASE

FILED DEC 0 6 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

After due consideration of defendant's motion on shortened time, the court GRANTS/~~DENIES~~ the motion.

After due consideration of defendant's unopposed motion to modify his conditions of release, the court GRANTS/~~DENIES~~ the motion. Mr. Allen's conditions of release are hereby modified as follows:

Mr. Allen is to report to Cordova Center Halfway House by 9:00 a.m. on Tuesday, December 6, 2005. He is to remain at Cordova Center until Wednesday, December 7, 2005, at 9:00 a.m., when he may be released to his court approved third-party, Sharon Allen.

DATED _____December 5_____, 2005, in Anchorage, Alaska.

JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE

A05-0096--CR (RRB)     US PROBATION  on 12/6/05
M. HADEN (FPD)
D. NESBETT (AUSA)
US MARSHAL

16