UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DEC 0 5 2005
FILED
DEC 0 7 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANDRE AVONCE ALLEN,

    Defendant.

Case No. A05-0096 CR (RRB)

**ORDER EXTENDING PRETRIAL MOTIONS DEADLINE**

After due consideration of defendant's motion on shortened time, the court GRANTS/DENIES the motion.

After due consideration of defendant's Unopposed Motion to Extend Pretrial Motions Deadline, the court GRANTS/~~DENIES~~ the motion. Pretrial motions in this matter shall be filed by close of business on December 12, 2005.

DATED ____December 6____, 2005, in Anchorage, Alaska.

JOHN D. ROBERTS
U.S. Magistrate Judge

A05-0096--CR (RRB)   om 12/7/05
M. HADEN (FPD)
D. NESBETT (AUSA)

17