M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 22 AM 11: 09

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. A05-0096 CR (RRB) |
| vs. | |
| ANDRE AVONCE ALLEN, | NON-OPPOSED MOTION FOR CHRISTMAS DAY BAIL MODIFICATION OF CURFEW, *filed on shortened time* |
| Defendant. | |

Defendant, ANDRE AVONCE ALLEN, by and through Assistant Federal Defender Michael Dieni, on behalf of counsel M. J. Haden, Staff Attorney, moves this court for a three hour extension of the 6:00 p.m. curfew on December 25, 2005 only. As currently ordered, Mr. Allen will be in the sight and sound observation of his third party custodian. The only difference, applicable on Christmas day only, will be that he will be allowed to attend a social gathering past the current 6:00 p.m. curfew to as late as 9:00 p.m.

AUSA David Nesbett and Pretrial Services Officer Chris Liedike have been advised of the terms of this motion and they have agreed to non-oppose it.



DATED this 22nd day of December, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

_____
M. J. Haden
Staff Attorney

Certification:

I certify that on December 22, 2005, I hand
delivered a copy of this motion to extend curfew
on Christmas Day to:

David A. Nesbett, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

_____
Lenora L. Roehling

M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDRE AVONCE ALLEN,<br><br>    Defendant. | Case No. A05-0096 CR (RRB)<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

  Michael Dieni, being first duly sworn upon oath, deposes and states:

  1. I am the attorney filling in for M.J. Haden during her brief leave of absence in the above-captioned case.

  2. All the representations contained in the attached motion regarding curfew on Christmas Day are true and correct to the best of my knowledge.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Michael Dieni

SUBSCRIBED AND SWORN to before me this 22 day of December, 2005.

STATE OF ALASKA
NOTARY PUBLIC
Lenora L. Roehling
My Commission Expires: March 14, 2007

_____
Notary Public in and for Alaska
My Commission Expires: 3/14/2007

2