LODGED

DEC 2 2 2005

FILED

DEC 2 2 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. A05-0096 CR (RRB) |
| vs. | |
| ANDRE AVONCE ALLEN, | **ORDER** |
| Defendant. | |

After due consideration of defendant's motion to extend curfew on Christmas day, the court GRANTS/~~DENIES~~ the motion. Mr. Allen's curfew on December 25, 2005, only is extended from the currently set time of 6:00 p.m. to 9:00 p.m.

DATED  December  22  , 2005, in Anchorage, Alaska.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE

cnsl T/C notified 12/22/05 an

A05-0096--CR (RRB)        am 12-22-05
✓ H. HADEN (FPD)
✓ D. NESBETT (AUSA)
✓ US MARSHAL
✓ US PROBATION

19