**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

USA   v.   ANDRE AVONCE ALLEN

DATE:   December 30, 2005   CASE NO.   A05-0096 CR (RRB)

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RESCHEDULING HEARING**

---

The final pretrial conference scheduled in this matter for January 12, 2006, is **rescheduled** and will be held on **Wednesday, January 11, 2006, at 10:00 a.m.**, in Courtroom 2.

M.O. RESCHEDULING HEARING