M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>ANDRE AVONCE ALLEN,<br><br>           Defendant. | Case No. A05-0096 CR (RRB)<br><br>**EMERGENCY MOTION ON SHORTENED TIME FOR BAIL REVIEW** |

Defendant, ANDRE AVONCE ALLEN, by and through counsel M. J. Haden, Staff Attorney, moves this court for an emergency hearing on shortened time for a bail review hearing. This motion is necessary because Mr. Allen is currently released to third-party Sharon Allen. Ms. Allen has expressed a desire to be released as third-party and is no longer able to fulfill her responsibilities as third-party. Mr. Allen notified undersigned counsel of this fact early this morning. United States Probation has been notified. Mr. Allen requests that the court schedule an emergency hearing on the matter.

DATED this 3rd day of January, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on January 3, 2006, a copy of the foregoing Emergency Motion on Shortened Time for Bail Review was served electronically on David A. Nesbett, Esq.

/s/ M. J. Haden