UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ANDRE AVONCE ALLEN,<br><br>        Defendant. | Case No. A05-0096 CR (RRB)<br><br>**PROPOSED<br>ORDER SETTING BAIL REVIEW<br>HEARING** |

After due consideration of defendant's emergency motion on shortened time, the court GRANTS/DENIES the motion.

A bail review hearing is hereby scheduled for Tuesday, January 3, 2006, at _____ a.m./p.m.

DATED January \_\_\_\_, 2006, in Anchorage, Alaska.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE