## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

  UNITED STATES OF AMERICA   v.   ANDRE AVONCE ALLEN

THE HONORABLE JOHN D. ROBERTS

DEPUTY CLERK                                CASE NO.  A05-0096 CR (RRB)

 Dan Maus

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: January 3, 2006

      Defendant's emergency motion for hearing to modify conditions of release, Clerk's Docket No. 21, is hereby GRANTED. A Bail Review hearing is hereby set for **Tuesday, January 3, 2006, at 4:00 p.m.** before Magistrate Judge John D. Roberts in Courtroom 6.

[]{IA.WPD*Rev.12/96}