**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>  USA  </u>  v.  <u> ANDRE AVONCE ALLEN </u>

DATE:  <u> January 6, 2006 </u>      CASE NO.  <u> A05-0096 CR (RRB) </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
                RESCHEDULING HEARING**

---

Due to the reassignment of a criminal trial, the **time** for the final pretrial conference on **January 11, 2006,** is **changed** from 10:45 a.m. to **8:15 a.m.**, in Courtroom 2.

M.O. RESCHEDULING HEARING