UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  USA  </u>  v.  <u>  ANDRE AVONCE ALLEN  </u>

DATE:  <u>  January 9, 2006  </u>     CASE NO.  <u>  A05-0096 CR (RRB)  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:     **MINUTE ORDER FROM CHAMBERS
RE MOTION TO CONTINUE**

---

    Defendant's Unopposed Motion Filed on Shortened Time to Continue Trial (Docket 26) will be addressed at the final pretrial conference scheduled for **Wednesday, January 11, 2006, at 8:15 a.m.**, in Courtroom 2.

M.O. RE MOTION TO CONTINUE