M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDRE AVONCE ALLEN,<br><br>Defendant. | Case No. A05-0096 CR (RRB)<br><br>**NON-OPPOSED MOTION FILED ON SHORTENED TIME FOR IMMEDIATE MODIFICATION OF DETENTION ORDER** |

Defendant, ANDRE AVONCE ALLEN, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time for an immediate modification of his detention.  Mr. Allen requests that he be released to Cordova Center correctional community residential center.  This request is unopposed by Assistant United States Attorney David Nesbett and Pretrial Services Officer Chris Liedike.

During Mr. Allen's last detention hearing held before this court on Friday, January 6, 2006, the parties agreed that Mr. Allen should be released to the Cordova Center pending trial.  However, at the time there was no bed space available.  Mr. Liedike

has now been notified by Cordova Center that there is a bed open.  Mr. Allen respectfully requests that this court issue an order allowing him to be released to Cordova Center.

DATED this 12th day of January, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on January 12, 2006, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.

/s/ M. J. Haden