UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDRE AVONCE ALLEN,<br><br>    Defendant. | Case No. A05-0096 CR (RRB)<br><br>**PROPOSED<br>MODIFIED DETENTION ORDER** |

  After due consideration of defendant's motion on shortened time, the court GRANTS/DENIES the motion.

  After due consideration of defendant's unopposed motion for immediate modification of his detention order, the court GRANTS/DENIES the motion. Mr. Allen is hereby released to Cordova Center correctional community residential center pending trial. It is further ordered that defendant be released to the custody of the United States Probation Office for transport from the Anchorage Jail to the Cordova Center.

  DATED January ____, 2006, in Anchorage, Alaska.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE