**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA,    )
                                 )
        Plaintiff,      )
                                 )   CASE NO. 3:05-CR-00096-RRB
v.                           )
                                 )   **RELEASE ORDER**
ANDRE AVONCE ALLEN,      )
                               )
        Defendant.      )
_____)

TO:   UNITED STATES MARSHAL

       Defendant, ANDRE AVONCE ALLEN, has this date met the bail conditions indicated below and is ordered discharged from custody.

| | |
|---|---|
| ___ | Released to , the third party custodian; |
| ___ | Paid cash bail in the amount of  to the Clerk of Court; |
| ___ | Posted unsecured bond in the amount of ; |
| ___ | Posted bond secured by property or surety in the amount of  with the Clerk of Court; |
| ___ | Surrendered passport to the Clerk of Court; |
| XXX | Other. Defendant to be released to the U.S. Probation Office for transport from the3 Anchorage Jail to the Cordova Center. |

       Dated at Anchorage, Alaska, this 12th day of January, 2006.

                  IDA ROMACK, Clerk of Court

               BY:  _____
                   Deputy Clerk

RELEASE ORDER
[]{RELEASE.WPD*Rev.2/97}