M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ANDRE AVONCE ALLEN,<br><br>　　　　　　Defendant. | Case No. A05-0096 CR (RRB)<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO VACATE DETENTION HEARING** |

　　　　Defendant, ANDRE AVONCE ALLEN, by and through counsel M. J. Haden, Staff Attorney, moves this court to vacate the evidentiary/detention hearing currently scheduled for Wednesday, January 25, 2006 at 2:30 p.m.  Mr. Allen withdraws his previous request for a hearing, and does not contest the detention order entered by the court.  Thus, Mr. Allen asks that the hearing currently set for January 25, 2006, be vacated.

　　　　Assistant United States Attorney David Nesbett does not oppose this motion.

DATED this 24th day of January, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on January 24, 2006, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.

/s/ M. J. Haden