UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ANDRE AVONCE ALLEN,<br><br>        Defendant. | Case No. A05-0096 CR (RRB)<br><br>**ORDER VACATING<br>DETENTION HEARING** |

After due consideration of defendant's Motion on Shortened time, the court GRANTS/DENIES the motion.

After due consideration of defendant's Unopposed Motion to Vacate Detention Hearing, the court GRANTS/DENIES the motion. The detention currently scheduled for Wednesday, January 25, 2006, at 2:30 p.m., is hereby vacated.

DATED January _____, 2006, in Anchorage, Alaska.

                                                                         _____<br>
                                                                               John D. Roberts<br>
                                                                          United States Magistrate Judge