# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

UNITED STATES v. ANDRE AVONCE ALLEN

Case No. *A05-096 CR (RRB)*
**3:05-cr-00096-RRB-JDR**

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

## MINUTE ORDER FROM CHAMBERS

### RE:  Defendant's Motion to Vacate Evidentiary Hearing, Docket No. 37

Defendant's request for shortened time consideration on motion to vacate evidentiary hearing re violations of conditions of pretrial release is GRANTED.  Defendant's motion to vacate the evidentiary hearing on violation of conditions of pretrial release, Docket No. 37, is GRANTED, accordingly the hearing scheduled for Wednesday, January 25, 2006 at 2:30 p.m. is hereby vacated.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

January 25, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion.  See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1).  No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CR\3-05-cr-00096-RRB-JDR ALLEN @37 MO GRANTING Mtn to Vacate Hearing.wpd