UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>　USA　</u>  v.  <u>　ALLEN　</u>

DATE:   <u>　February 23, 2006　</u>   CASE NO.   <u>　3:05-CR-0096-RRB　</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RESCHEDULING HEARING**

---

Due to a judicial calendaring conflict, the final pretrial conference scheduled in this matter for March 13, 2006, is **rescheduled** and will now be held on **Tuesday, March 14, 2006, at 8:45 a.m.**, in Courtroom 2.

M.O. RESCHEDULING HEARING