M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ANDRE AVONCE ALLEN,<br><br>                Defendant. | Case No. 3:05-cr-0096-RRB<br><br>**NOTICE OF<br>INTENT TO CHANGE PLEA** |

      Defendant, ANDRE AVONCE ALLEN, by and through counsel M. J. Haden, Staff Attorney, hereby notifies this court of his intent to change plea.  There is no written plea agreement in this case.  Mr. Allen asks that the final pre-trial conference currently scheduled for Thursday, April 14, 2006, be vacated.  Mr. Allen further requests that the court schedule a change of plea hearing at the time currently set for the trial on Monday, April 17, 2006, or at time convenient to the court and counsel.  Undersigned counsel will be in Fairbanks the afternoon of April 13, 2006, through April 14, 2006, and therefore unavailable for proceedings scheduled in Anchorage.

DATED this 10th day of April, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on April 10, 2006, a copy of the foregoing document, with attachments,  was served electronically on:

David A. Nesbett, Esq.

/s/ M. J. Haden