UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


 USA   v.   ANDRE AVONCE ALLEN 

DATE:   April 11, 2006        CASE NO.    3:05-CR-0096-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **SCHEDULING HEARING**

---

Defendant has filed a Notice of Intent to Change Plea (Docket 43). A change of plea hearing will be held on **Thursday, April 20, 2006, at 11:00 a.m.**, in Courtroom 2. The final pretrial conference scheduled for April 13 and the trial scheduled for April 17 are **vacated**.

M.O. SCHEDULING HEARING