```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA


              USA   v.   ANDRE AVONCE ALLEN

DATE:    April 14, 2006         CASE NO.    3:05-CR-0096-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               RESCHEDULING TIME FOR HEARING
```

The **time** for the change of plea hearing on **April 20, 2006,** is **changed** from 11:00 a.m. to **10:00 a.m.**, in Courtroom 2.

M.O. CHANGING TIME FOR HEARING